IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **Criminal No.: 1:21-CR-00145** |
| | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | (Magistrate Judge Schwab) |
| NICHOLAS BAGGIO, | : | |
| | : | |
| Defendant. | : | |

## ORDER
May 24, 2022

Upon consideration of the United States' motion (*doc. 126*) to detain defendant Nicholas Baggio pending sentencing, its brief (*doc. 127*) in support of its motion, the pretrial services report of June 4, 2021, the fact that, at the request of the parties, the Court did not enter a detention order at the time of Baggio's initial appearance, the United States' representations to this Court, in its motion and brief, that Baggio is scheduled to be released from state custody on or about May 30, 2022, and in order to give defendant's counsel the requisite time to file his brief, **IT IS ORDERED** that the government's motion is **GRANTED**, to the extent that Baggio shall be **temporarily detained** under Title 18, United States Code § 3143(a) as to the violation of Title 18, United States Code § 1349, to which he has entered a guilty

plea, until such time as the Court receives his brief in response to the government's motion and can schedule a prompt detention hearing.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge